# Wisconsin Court of Appeals

## 2017 WI App 56

| | | | |
|---|---|---|---|
| Wingra Redi-Mix, Inc. v. Burial Sites Pres. Bd.† | 2014AP002498 | 07–31–2017 | Affirmed |
| Kaitlin Woods Condo. Ass'n v. Kaitlin Woods, LLC | 2014AP002721 CR | 07-20-2017 | Affirmed |
| State v. Byrd | 2015AP000423 | 07–31–2017 | Affirmed |
| Wingra Redi-Mix, Inc. v. State Historical Soc'y of Wisconsin† | 2015AP001632, 2015AP001844 | 07–31–2017 | Reversed |
| State v. Dunbar† | 2015AP001643 CR, 2015AP001644 CR | 07–13–2017 | Affirmed |
| State v. Burroughs | 2015AP002521 CR | 07–18–2017 | Affirmed |

† Petition to review filed.